IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ANGEL BENITZ, <br><br> Defendant. | 1:11-cv-00673-AWI-SMS <br><br> **ORDER TO DISMISS AND TO CLOSE ACTION** <br> (Doc. 14) |

Based on plaintiff's notice of voluntary dismissal (Doc. 14) under F.R.Civ.P. 41(a)[(1)(A)(i)], this Court:

    1.    DISMISSES this entire action with prejudice;

    2.    VACATES any and all pending matters and/or dates; and,

    3.    DIRECTS the clerk to administratively close this entire action.

IT IS SO ORDERED.

Dated: January 31, 2012

CHIEF UNITED STATES DISTRICT JUDGE