# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | 1:11-cv-00673-AWI-SMS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 14) |
| vs. | |
| ANGEL BENITZ, | |
| Defendant. / | |

Based on plaintiff's notice of voluntary dismissal (Doc. 14) under F.R.Civ.P. 41(a)[(1)(A)(i)], this Court:

     1.    DISMISSES this entire action with prejudice;

     2.    VACATES any and all pending matters and/or dates; and,

     3.    DIRECTS the clerk to administratively close this entire action.

IT IS SO ORDERED.

Dated:    January 31, 2012

_____

CHIEF UNITED STATES DISTRICT JUDGE

1